# EXHIBIT 2

 

# Nondiscrimination Ordinance FAQs

1. **What is the goal of this ordinance?**
   - To prevent unlawful discrimination in South Euclid.
   - To affirm South Euclid's identity as welcoming city that values diversity.
   - To help South Euclid businesses thrive and attract new workers and jobs to our City.
2. **What is prohibited?**
   - Discrimination on the basis of: age, race, color, creed, religion, national origin, ancestry, disability, marital status, familial status, sex, gender identity or expression, sexual orientation, or military status.
3. **What is covered?**
   - Housing (sale, lease, rental, financing, etc)
   - Employment (hiring, promotion, discipline, working conditions, salary etc)
   - Public Accommodations (defined below)
   - Ethnic Intimidation
4. **What is not affected?**
   - Certain religious spaces/facilities (churches, etc)
   - Public schools with an elected governing board
   - Certain religious positions (clergy, etc)
5. **What is the proposed Human Rights Commission?**
   - Members to be appointed by the Mayor and approved by City Council
   - Will hear complaints of discrimination prohibited by the new ordinance
   - Can mediate complaints and issue penalties and remedies to correct discriminatory practices.
6. **Why is this needed?**
   - Some forms of discrimination are not currently prohibited by state and federal law
   - This law will make addressing alleged discrimination less burdensome for individuals by providing a local forum for complaints.
7. **How will this affect my business?**
   - This ordinance enhances the South Euclid business community's ability to attract and retain the best talent by providing an inclusive environment for everybody.
   - This ordinance will ensure our region's competitiveness. There are several examples from around the country of discriminatory legislation hurting business:
     - **Texas:** it is estimated that discriminatory legislation would cause losses of $964 million to $8.5 billion in the state's GDP and as many as 185,000 lost jobs.
     - **North Carolina:** discriminatory legislation was estimated to have "cost the state at least $630 million in lost business" in 8 months since passage.
     - **Indiana:** discriminatory legislation caused the state to lose "more than $60 million in future convention business" alone.
8. **Who is this going to affect?**
   - This ordinance sends a message that everybody is welcome in South Euclid: to work, to live, and to play. People who do the right thing and aren't in the business of discrimination won't be affected at all. However, sometimes people need a rule on the books to do the right thing.
   - Anyone who works, lives, or plays in South Euclid will now have legal protections based on their protected characteristic.

9. Where does South Euclid currently stand?
   - There are no legal protections against discrimination currently in place at the local level in the areas of employment and public accommodations. There are some protections in the area of housing and ethnic intimidation.
10. What will this ordinance do?
    - It will establish protections against discrimination based on the following characteristics: race, creed, color, religious belief, sex, national origin, age, ancestry, handicap, disability, familial status, marital status, sexual orientation, gender identity, gender expression, recipient of public assistance, ethnic group, military status, or physical characteristic. It will establish consistent and comprehensive protections of the aforementioned groups in employment, public accommodation, housing.
    - The ordinance will provide a local civil remedy through the South Euclid Human Rights Commission for individuals who have experienced discrimination.
11. What does public accommodation mean?
    - In general public accommodations are inns, taverns, hotels, motels, restaurants, wholesale outlets, retail outlets, banks, savings and loan associations, other financial institutions, credit information bureaus, insurance companies, dispensaries, clinics, hospitals, theaters, recreational parks and facilities, trailer camps, garages, public halls, and all other establishments which offer goods, services, accommodations and entertainment to the public within the city.
12. I thought these were protected under the State and Federal governments?
    - Though race, color, creed, national origin, sex, religion, and disability are included in state and federal protections, sexual orientation and gender identity or expression are not protected characteristics under state or federal law.
    - For those who experience discrimination, they will have the option a civil remedy from the South Euclid Human Rights Commission locally in addition to the limited protections at the state or federal level.
13. Where else is this type of legislation in effect?
    - There are 18 other cities in Ohio that have fully comprehensive nondiscrimination protections in the area of housing, employment, and public accommodations for all of the protected characteristics listed above. Visit www.equalityohio.org/city-map for the full list of cities and protections.
    - Ohio is one of 28 states that does not provide these protections based on sexual orientation and gender identity or expression. Other states are doing this municipal work as well.
14. How can I support the cause? What else can I do?
    - Write a letter of support.
    - Follow Equality Ohio and the city of South Euclid for opportunities to get engaged and volunteer.
    - Speak about the ordinance to friends, family co-workers, neighbors, fellow business owners.
    - Update company policies for inclusivity for all.
15. How does this change my business practices? Do I need to change employee handbook or policies?
    - This ordinance does not require businesses to change internal policies. It is best practice to update employee handbooks to reflect changes but it is not required.
    - There is no need to change any other policies, practices, or facilities within your business because of this ordinance.
    - If you are interested in inclusion training for your staff, contact gwen@equalityohio.org.
16. What's next?
    - We will continue to build community support and raise awareness of the ordinance and of legal and lived equality for all South Euclid community members.
17. Where can I find the full text of the ordinance
    - *Contact Keith Benjamin at the City of South Euclid kbenjamin@cseuclid.com or Gwen Stembridge at Equality Ohio gwen@equalityohio.org*