# EXHIBIT 7



## The Lyceum Employment Statement

The Lyceum, as a distinctly Catholic school, hires faculty and staff who, in belief and practice, are committed to the teachings of the Catholic Church as set forth by the Magisterium and as articulated in the *Catechism of the Catholic Church*. The Lyceum's faculty and staff contribute not only to students' intellectual life, but also form students in their devotional life, so fidelity to Catholic beliefs is imperative to employment at The Lyceum.