**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| The Lyceum, ) | |
| ) | |
|    *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. 1:19-cv-00731 |
| ) | Judge James S. Gwin |
| The City of South Euclid, Ohio, ) | |
| ) | **Oral Argument Requested** |
|    *Defendant*. ) | |
| _____) | |

**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff THE LYCEUM, by and through its counsel, files this Motion pursuant to Rule 65 of the Federal Rules of Civil Procedure, and respectfully requests that this Court enter a preliminary injunction prohibiting the Defendant CITY OF SOUTH EUCLID, OHIO, from enforcing or applying its new Ordinance, Section 552.01 *et seq.*, against The Lyceum, and states as follows:

1. The Facts of this case are as stated in Plaintiff's Verified Complaint, which is incorporated herein by reference.

2. Rule 65 of the Federal Rules of Civil Procedure authorizes the District Court to grant preliminary injunctive relief.

3. The Lyceum is likely to succeed on the merits. The First Amendment to the U.S. Constitution and Article I, Section 7 of the Ohio Constitution protect The Lyceum's right to speak and act according to its religious convictions. But the City of South Euclid's new Ordinance, Section 552.01 *et seq.*, particularly its employment and public accommodations provisions, unlawfully abridge The Lyceum's religious exercise, compel its speech, and constitute content and

viewpoint discrimination without a narrowly tailored, compelling government justification. Moreover, the Ordinance's publication ban, Section 552.04(b), is unconstitutionally vague in violation of the Fourteenth Amendment Due Process Clause.

4. The Lyceum is suffering, and will continue to suffer, irreparable harm without an injunction.

5. An injunction will not cause substantial harm to others.

6. Issuance of an injunction is in the public interest as the protection of Plaintiff's constitutional and statutory rights are of the highest public importance.

WHEREFORE, Plaintiff respectfully requests that this Court issue a Preliminary Injunction to enjoin the Defendant City of South Euclid, Defendant's officers, agents, employees, and all other persons acting in concert with them, from enforcing the Ordinance, Section 552.01 *et seq.*, as-applied against The Lyceum, and Section 552.04(b) facially.

Dated this 7th day of May, 2019.

Respectfully submitted,

*s/ Christiana M. Holcomb*

Christiana M. Holcomb*
DC Bar #176922
Christen M. Price*
DC Bar #1016277
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, D.C. 20001
Telephone: (202) 393-8690
Fax: (202) 347-3622
Email: CHolcomb@ADFlegal.org
Email: CPrice@ADFlegal.org

Matthew M. Nee
Ohio Bar #0072025
NEE LAW FIRM, LLC
Regency Centre
26032 Detroit Road, Suite 5
Westlake, OH 44145
Telephone: (440) 793-7720
Facsimile: (440) 793-7920
Email: Matt@NeeLawFirm.com

David A. Cortman*
GA Bar #188810
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Road NE,
Suite D-1100
Lawrenceville, GA 30043
Telephone: (770) 339-0774
Fax: (770) 339-6744
Email: DCortman@ADFlegal.org

*Counsel for Plaintiffs*

*Admitted Pro Hac Vice